# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:08CR70 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **DONDRAKE ELMORE** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment herein.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit this Order electronically to defense counsel, the United States Attorney, the United States Marshal, and to the United States Probation Office.

Signed: August 22, 2008

Lacy H. Thornburg
United States District Judge